UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80738-CIV-HURLEY

JIM JOHANSON,
    plaintiff,

vs.

BOCA DEL MAR COUNTRY
CLUB, INC.,
    defendant.
_____/

**CLOSED CASE**

## ORDER APPROVING SETTLEMENT AGREEMENT AS AMENDED BY THE COURT & ORDER OF FINAL DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the court upon the parties' joint motion for approval of FLSA settlement agreement and dismissal with prejudice filed October 23, 2008 [DE#8 & 9]. Having reviewed the motion and proposed settlement agreement, it is

**ORDERED AND ADJUDGED**:

1. The parties' joint motion for approval of FLSA settlement agreement and dismissal of this case with prejudice [DE# 8, 9] is **GRANTED,** with the elimination of the "confidential" term contained in the first line of the first paragraph of the Settlement Agreement. The remainder of the parties' proposed settlement agreement is otherwise **APPROVED.**

2. With the amendment to the settlement agreement noted above, the claims of plaintiff **JIM JOHANSON** against the defendant **BOCA DEL MAR COUNTRY CLUB, INC.** are **DISMISSED WITH PREJUDICE.**

3. The court shall retain jurisdiction to enforce the parties' settlement agreement, as here amended by the court.

    4.    There being nothing further for the court to do in this proceeding, the Clerk is directed to **CLOSE** this file and terminate any other pending motions as **MOOT.**

    **DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 27th day of October, 2008.

                                              Daniel T. K. Hurley
                                            United States District Judge

cc.

all counsel